Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

Nov 18 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| COURTNEY POST, individually and on behalf of all others similarly situated, | : : : | Case No: 3:24-cv-01917-JRK |
| Plaintiff, | : : | Hon. James R. Knepp, II |
| v. | : : | |
| NORPLAS INDUSTRIES, INC., a Delaware corporation, | : : : | |
| Defendant. | : : | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Courtney Post hereby gives notice that the above-captioned action is voluntarily dismissed *without* prejudice against Defendant Norplas Industries, Inc. Defendant has not served a responsive pleading.

Date: November 15, 2024

Respectfully submitted,

*/s/Matthew L. Turner*
Matthew L. Turner (P48706)
Kevin J. Stoops (P64371)
**SOMMERS SCHWARTZ, P.C.**
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
mturner@sommerspc.com
kstoops@sommerspc.com

Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849) (CA SBN 314805)
**MELMED LAW GROUP, P.C.**
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com

1